UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | CV 21-07865-VBF (DFM) | Date: | November 30, 2021 |
|---|---|---|---|
| Title | Nigel M. Stimpson v. California Department of Corrections and Rehabilitation | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Action Without Prejudice

On September 27, 2021, Petitioner Nigel M. Stimpson, a state prisoner proceeding pro se, constructively filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2254. See Dkt. 1. On October 13, the Court issued an Order to Show Cause, which explained that the Petition appear unexhausted and instructed Petitioner to demonstrate exhaustion, request that the Petition be dismissed, or file a formal stay-and-abey motion. See Dkt. 3. On November 3, Petitioner requested that the Petition be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1). See Dkt. 6.

Accordingly, the Petition is dismissed without prejudice and the Clerk of Court is directed to close this case.